NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NCLN20, INC.,**
*Plaintiff- Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5001

---

Appeal from the United States Court of Federal Claims in case no. 02-CV-1282, Judge Susan G. Braden.

---

**ON MOTION**

---

# ORDER

NCLN20, Inc. moves for extension of time to move for reconsideration and for reconsideration of the court's order dismissing this appeal for failure to timely prosecute this appeal.

Upon consideration thereof,

It Is Ordered That:

The motions will be granted, the mandate will be recalled, the dismissal order will be vacated, and the appeal will be reinstated if counsel for the movant files a docketing statement and an opening brief within 30 days of the date of filing of this order.

For The Court

MAR 0 9 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: George Ellis, Esq.
David Ludwig, Esq.
Douglas K. Mickle, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 0 9 2012

**JAN HORBALY**
**CLERK**